AO 442 (Rev. 01/09) Arrest Warrant

2816885

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) Case No. 1:19-mj-0064 |
| | ) Assigned To: Magistrate Judge Robin M. Meriweather |
| | ) Date Assigned: 03/18/2019 |
| | ) Description: Rule 5 Arrest Warrant |
| Eric Donnell Crutchfield | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Eric Donnell Crutchfield

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☒ Order of the Court

This offense is briefly described as follows:

Defendant failed to appear on 11/27/2018 at 10:00 a.m. before Judge Davis. See attached.

Date: 11/27/2018

*Issuing officer's signature*

City and state: Alexandria, VA

Laura Guerra, Courtroom Deputy
*Printed name and title*

### Return

This warrant was received on *(date)* 11/28/18, and the person was arrested on *(date)* 3/18/19
at *(city and state)* Washington, D.C.

Date: 3/18/19

Receiving / Arresting officer's signature

Adam Savoic, DUSM
*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)